**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Tyrone SHEPPARD, Defendant—Appellant.**

**No. 03-7464.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 18, 2003.

Decided Jan. 16, 2004.

Tyrone Sheppard, Appellant pro se. Paul Joseph McNulty, United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Sheppard seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000) and, in the alternative, under Fed. R.Crim.P. 35. An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court absent "a sub-

stantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find both that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Sheppard has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. To the extent that Sheppard appeals the denial of relief under Fed.R.Crim.P. 35, we affirm the judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*